**MASON, GRIFFIN & PIERSON, P.C.**
101 Poor Farm Road
Princeton, NJ   08540
(609) 921-6543

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : |
| | : |
| WITHDRAWAL OF APPEARANCE OF | : NOTICE OF MOTION FOR |
| ROBERT J. DAVIDOW IN VARIOUS | : WITHDRAWAL OF APPEARANCE |
| OPEN CASES | : OF ROBERT J. DAVIDOW IN |
| | : VARIOUS OPEN CASES |
| | : |
| | : CASE NO. 20-21240-MBK |

## OMNIBUS MOTION FOR WITHDRAWAL OF APPEARANCE OF ROBERT J. DAVIDOW IN VARIOUS OPEN CASES

Robert J. Davidow, (hereinafter "Movant"), New Jersey Bar ID 010912013 has filed papers with the Court to have an Order entered withdrawing him as attorney of record in the attached list of cases.

If you do not want the Court to grant this motion, or if you want the Court to consider your views on the motion, then on or before December 8, 2020, you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you mail your response to the Court filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

**MASON, GRIFFIN & PIERSON, P.C.**
101 Poor Farm Road
Princeton, NJ   08540

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on December 15, 2020, at 9:00 am at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608 before the Honorable Michael B. Kaplan.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an Order withdrawing Robert J. Davidow as attorney of record in the attached list of cases.

*/s/ Robert J. Davidow*
Robert J. Davidow, Esq. ID No. 010912013
MASON, GRIFFIN & PIERSON, P.C.
101 Poor Farm Road
Princeton, NJ   08540
Phone: (609) 921-6543
Fax: (609) 683-7978
EMAIL: r.davidow@mgplaw.com

Dated:  November 23, 2020