MASON, GRIFFIN & PIERSON, P.C.
101 Poor Farm Road
Princeton, NJ   08540
(609) 921-6543

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| IN RE: | : |
|---|---|
| WITHDRAWAL OF APPEARANCE OF ROBERT J. DAVIDOW IN VARIOUS OPEN CASES | : OMNIBUS MOTION FOR<br>: WITHDRAWAL OF APPEARANCE<br>: OF ROBERT J. DAVIDOW IN<br>: VARIOUS OPEN CASES |
| | : CASE NO. 20-21240-MBK |

## OMNIBUS MOTION FOR WITHDRAWAL OF APPEARANCE OF ROBERT J. DAVIDOW IN VARIOUS OPEN CASES

NOW COMES Movant, Robert J. Davidow, Esquire, of Mason, Griffin & Pierson, PC, to file this Omnibus Motion to Withdraw the Appearances of Robert J. Davidow of Phelan, Hallinan, Diamond & Jones, PC, and in support hereof states as follows:

1. Movant, formerly of Phelan, Hallinan, Diamond & Jones, PC (hereinafter referred to as the "Firm"), entered his appearance on behalf of various servicers, banks and investors that were clients of the firm. a true and correct copy of cases in which Movant is listed as the attorney of record is attached to this instant motion as Exhibit "A."

2. The Firm has ceased operations as of October 9, 2020. Movant is no longer employed by the Firm, and is now employed with Mason, Griffin & Pierson, PC.

3.  As a result, it is respectfully requested by both parties that Movant is withdrawn as the attorney of record in the cases set forth in Exhibit A and that ECF notices are terminated as of the date of the withdrawal.

WHEREFORE, Robert J. Davidow respectfully requests that this Court enter an Order granting the withdrawal of Robert J. Davidow as the attorney of record in the cases set forth in Exhibit A and that ECF notices are terminated as of the date of the withdrawal.

Respectfully submitted,

*/s/ Robert J. Davidow*
Robert J. Davidow, Esq. ID No. 010912013
MASON, GRIFFIN & PIERSON, P.C.
101 Poor Farm Road
Princeton, NJ    08540
Phone: (609) 921-6543
Fax: (609) 683-7978
EMAIL: r.davidow@mgplaw.com

Dated: November 23, 2020