| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **Mason, Griffin & Pierson, PC**<br>101 Poor Farm Road<br>Princeton, NJ 08540<br>Phone: (609) 921-6543<br>Fax: (609) 683-7978<br>Email: r.davidow@mgplaw.com |
| In Re:<br><br>WITHDRAWAL OF APPEARANCE OF ROBERT J. DAVIDOW IN VARIOUS OPEN CASES |

Case No.: 20-21240-MBK

Hearing Date: 12/15/2020 @ 9:00 am

Judge: Michael B. Kaplan

Recommended Local Form ☐ Followed ☒ Modified

## ORDER OF THE COURT

____ The relief set forth on the following page is hereby **ORDERED**.

AND NOW, this       day of                , 2020, upon consideration of the Omnibus Motion to Withdraw the Appearance of Robert J. Davidow, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the appearances of Robert J. Davidow as attorney of record in the attached list of cases is WITHDRAWN and that ECF notifications shall be terminated effective with the Order for the withdrawal of her appearance in each case.

_____
Honorable Judge Michael B. Kaplan
Chief United States Bankruptcy Judge